# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| CHURCH JOINT VENTURE,<br>a limited partnership,<br><br>    Plaintiff,<br><br>vs.<br><br><br>EARL BLASINGAME, ET AL.,<br><br>    Defendants. | JUDGMENT IN A CIVIL CASE<br><br><br><br><br><br><br>CASE NO: 18-1116-STA-jay |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Defendant's Motions to Dismiss and Denying Defendant's Motion for Sanctions entered on May 14, 2019, the motions to **DISMISS are GRANTED and the motion for sanctions is DENIED.**

                                        APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 5/14/2019                    THOMAS M. GOULD
                                   Clerk of Court

                                        s/Maurice B. BRYSON

                                        (By)  Deputy Clerk